LYNN, J.,
concurring specially. Because my view as to the factors that may warrant overruling precedent is broader than that of the majority, see State v. Quintero, 162 N.H. 526, 543-47 (2011) (Lynn, J., concurring specially), I arguably would be more willing than the majority to overrule State v. Russell, 159 N.H. 475 (2009), if I thought that case had been wrongly decided. But I do not believe Russell was wrongly decided; and insofar as the defendant argues that Russell is fundamentally at odds with our decision in State v. Kousounadis, 159 N.H. 413 (2009), I tend to believe that it is Kousounadis, not Russell, that is ripe for reexamination. See Kousounadis, 159 N.H. at 429-34 (Dalianis, J., joined by Hicks, J., concurring in part and dissenting in part).